UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 23 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CENTER FOR BIOLOGICAL DIVERSITY and FRIENDS OF THE EARTH,

        Plaintiffs - Appellees,

 v.

NOAA FISHERIES; et al.,

        Defendants - Appellants.

No. 23-15166

D.C. No. 4:21-cv-00345-KAW
U.S. District Court for Northern California, Oakland

**ORDER**

This case is RELEASED from the Mediation Program.

FOR THE COURT:

vs/mediation

Stephen M. Liacouras
Chief Circuit Mediator