UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

# FILED

JUN 13 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; FRIENDS OF THE EARTH, | No.    23-15166 |
| Plaintiffs-Appellees, | D.C. No. 4:21-cv-00345-KAW Northern District of California, Oakland |
| v. | |
| NOAA FISHERIES; et al., | ORDER |
| Defendants-Appellants. | |

Appellants' motion to dismiss this appeal (Docket Entry No. 10) is granted.

Fed. R. App. P. 42(b).  The parties shall bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Stephen M. Liacouras
Chief Circuit Mediator